UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


MGG INVESTMENT GROUP, LP,                    :

                Plaintiff,                  :        Civil Action No. 21-9231(SRC)

      v.                                           :

                              :            ORDER OF REFERRAL

ZAYAT STABLES, LLC, et al.,                     :            TO BANKRUPTCY COURT

            Defendants.                :


       It appearing to the Court that the above-entitled matter was removed to the United States District Court, Eastern District of Kentucky in accordance with the removal provisions of Title 28 U.S.C. §1452, and

       It further appearing that the Eastern District of Kentucky transferred this matter to the District of New Jersey because the bankruptcy proceedings are presently pending before the Bankruptcy Court in New Jersey;

       It is on this        23rd        day of April, 2021,

       ORDERED that the above entitled matter,  on the Court's own motion, be, and it is hereby is, referred to the United States Bankruptcy Court, pursuant to 28 U.S.C. §157.


                                          MADELINE COX ARLEO, U.S.D.J.